UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF IBEW LOCAL UNION NO. 100 PENSION TRUST FUND, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>POWER DESIGN ELECTRIC, INC.,<br><br>Defendant. | No. 1:17-cv-01483-DAD-EPG<br><br>ORDER GRANTING STIPULATION, STRIKING DEFENDANT'S ANSWER AND COUNTERCLAIM, AND DENYING MOTION TO STRIKE<br><br>(Doc. No. 9, 17) |

On December 6, 2017, defendant here filed an answer and counterclaim through its president, Robert Glover, appearing pro se on behalf of the corporation. (Doc. No. 6.) On December 14, 2017, plaintiffs filed a motion to strike the answer and counterclaim, contending that a corporation must be represented by licensed counsel in order to proceed in federal court. (Doc. No. 9.) On January 3, 2018, attorney Mark Creede substituted into the case as an attorney appearing on behalf of defendant. (Doc. Nos. 15, 16.) Thereafter, on January 16, 2018, the parties filed a stipulation requesting the court strike the answer and counterclaim from the docket, provide defendant ten days in which to file a responsive pleading, and deem the motion to strike to be withdrawn. (Doc. No. 17.)

/////

/////

1

Good cause appearing, and pursuant to the stipulation of the parties, the court strikes the answer and counterclaim in this matter (Doc. No. 6), grants defendant ten (10) days from the date of service of this order in which to file a responsive pleading, and denies the motion to strike (Doc. No. 9) without prejudice as having been withdrawn by plaintiffs.

IT IS SO ORDERED.

Dated: **January 17, 2018**

_____
UNITED STATES DISTRICT JUDGE