# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF IBEW LOCAL UNION NO. 100 PENSION TRUST FUND, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>POWER DESIGN ELECTRIC, INC.,<br><br>Defendant. | CASE NO. 1:17-CV-01483-EPG<br><br>**ORDER SETTING FORTH SCHEDULE FOR RESOLUTION OF REMAINING ISSUES** |

The Court held a status conference on September 24, 2019, to discuss the issues that remain outstanding in the case following the Court's grant of Plaintiffs' motion for summary judgment and denial of Defendant's motion for summary judgment.

Defendant has indicated that it plans to file a motion for reconsideration of the Court's order on summary judgment. As discussed during the status conference, discovery is open and may proceed, and Defendant's anticipated motion for reconsideration does not warrant a further delay in, or the withholding of, discovery.

The parties are directed to send a joint email to Courtroom Deputy Michelle Rooney (mrooney@caed.uscourts.gov) by close of business on October 4, 2019, regarding their interest in

1

participating in a court-directed settlement conference and/or private mediation.

The Court sets forth the following schedule for the remainder of the case:

| Deadline | Date |
|---|---|
| Non-expert discovery deadline | April 1, 2020 |
| Expert witness disclosure deadline | June 1, 2020 |
| Rebuttal expert witness disclosure deadline | July 1, 2020 |
| Expert discovery cut-off | August 3, 2020 |
| Dispositive motion deadline | October 1, 2020 |
| Pretrial Conference | February 4, 2021, at 11:00 a.m. |
| Trial | April 6, 2021, at 8:30 a.m. |

IT IS SO ORDERED.

Dated: **September 24, 2019**

/s/ Erin P. Grosjean
UNITED STATES MAGISTRATE JUDGE