HENRY Y. CHIU 222927
7726 North First Street, Box 404
Fresno, California 93720
Telephone: (559) 898-2448
Email: Henry@HenryChiuEsq.com

Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

\* \* \*

| | |
|---|---|
| BOARD OF TRUSTEES OF IBEW LOCAL UNION NO. 100 PENSION TRUST FUND; JOINT ELECTRICAL INDUSTRY TRAINING TRUST FUND; NATIONAL ELECTRIC BENEFIT FUNDS; and FAMILY MEDICAL CARE PLAN,<br><br>Plaintiffs,<br><br>v.<br><br>POWER DESIGN ELECTRIC, INC.; and DOES 1 through 50,<br><br>Defendants. | Case No. 1:17-CV-01483-DAD-EPG<br><br>**STIPULATION AND ORDER FOR LIMITED EXTENSION OF NON-EXPERT DISCOVERY CUTOFF DATE**<br><br>(ECF NO. 55) |

Plaintiffs Board of Trustees of IBEW Local Union No. 100 Pension Trust Fund, Joint Electrical Industry Training Trust Fund, National Electric Benefit Funds and Family Medical Care Plan (collectively, "Plaintiffs") and defendant Power Design Electric, Inc. (collectively, "Defendant") hereby request that the Court permit a limited extension of the non-expert discovery cutoff date, particularly with respect to the deadline for Plaintiffs to bring a motion to compel further responses with respect to Defendant's: Supplemental Responses to Interrogatories, Sets One and Two; and Supplemental Responses to Requests for Production, Sets One and Two.

Said request is based upon the following facts, as stipulated between the Parties.

///

# **STIPULATION**

1. The Court previously ordered a deadline of April 1, 2020, for the completion of non-expert discovery. *See* Order dated Sep. 25, 2019. [Docket No. 50]

2. Counsel for Plaintiffs contends that certain discovery responses previously provided by Defendant – particularly, Defendant's Supplemental Responses to Interrogatories, Sets One and Two, and Supplemental Responses to Requests for Production, Sets One and Two – are deficient.

3. Counsels for the Parties have met and conferred, via written correspondence and telephone, regarding said contention.

4. Counsels for the Parties believe that the issues can be resolved informally, without having to request a Telephonic Discovery Dispute Conference, or file a Motion to Compel Further Responses.

5. Counsel for Defendant believes that further information, or a response to Plaintiffs' contentions, can be provided in approximately seven (7) days.

6. In light of the upcoming non-expert discovery deadline, the Parties respectfully request that the Court extend the non-expert discovery deadline by seven (7) days – to April 8, 2020 – solely with respect to the Supplemental Responses expressly identified herein.

7. This is the first such extension requested by the Parties. Counsel for the Parties do not believe this extension, if granted, will impact the other deadlines ordered by the Court.

Dated: March 5, 2020        HENRY CHIU, ESQ.

By:   /s/ Henry Y. Chiu
      HENRY Y. CHIU
      Attorney for Plaintiffs

Dated: March 5, 2020        LANG, RICHERT & PATCH

By:   /s/ Mark L. Creede
      MARK L. CREEDE
      Attorney for Defendant
      Power DESIGN ELECTRIC, INC.

HENRY CHIU, ESQ.
7726 NORTH FIRST STREET
BOX 404
FRESNO, CALIFORNIA 93720

## **ORDER**

Pursuant to the stipulations of the Parties (ECF No. 55), and finding good cause exists, IT IS ORDERED that the deadline for non-expert discovery, currently set for April 1, 2020, is extended to April 8, 2020, solely with respect to the Supplemental Responses expressly identified by the Parties in their stipulation. The April 1, 2020, deadline shall remain in effect for all other non-expert discovery.

IT IS SO ORDERED.

Dated: **March 10, 2020**          /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE

Henry Chiu, Esq.
7726 North First Street
Box 404
Fresno, California 93720

3
**STIPULATION AND ORDER FOR
LIMITED EXTENSION OF NON-EXPERT DISCOVERY CUTOFF DATE**