HENRY Y. CHIU  222927
7726 North First Street, Box 404
Fresno, California 93720
Telephone: (559) 898-2448
Email: Henry@HenryChiuEsq.com

Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

\* \* \*

| | |
|---|---|
| BOARD OF TRUSTEES OF IBEW LOCAL UNION NO. 100 PENSION TRUST FUND; JOINT ELECTRICAL INDUSTRY TRAINING TRUST FUND; NATIONAL ELECTRIC BENEFIT FUNDS; and FAMILY MEDICAL CARE PLAN,<br><br>Plaintiffs,<br><br>v.<br><br>POWER DESIGN ELECTRIC, INC.; and DOES 1 through 50,<br><br>Defendants. | Case No. 1:17-CV-01483-DAD-EPG<br><br>**STIPULATION AND ORDER TO VACATE DISCOVERY CUTOFF DATES AND SET FURTHER CASE MANAGEMENT CONFERENCE**<br><br>**(ECF NO. 59)** |

Plaintiffs Board of Trustees of IBEW Local Union No. 100 Pension Trust Fund, Joint Electrical Industry Training Trust Fund, National Electric Benefit Funds and Family Medical Care Plan (collectively, "Plaintiffs") and defendant Power Design Electric, Inc. ("Defendant") respectfully request that the Court vacate the discovery cutoff dates identified herein, and set a Further Case Management Conference, in light of the current COVID-19 pandemic.

Said request is based upon the following facts, as stipulated between the Parties.

///
///
///
///

## STIPULATION

1. The Court previously ordered a deadline of April 1, 2020, for the completion of non-expert discovery. *See* Order dated Sep. 25, 2019 [ECF No. 50].

2. Issues arose with respect to certain discovery responses, which the Parties resolved amongst themselves. As part of the resolution, the Court extended the non-expert discovery deadline with respect to those discovery responses to April 8, 2020. *See* Order dated March 10, 2020 [ECF No. 56].

3. The Governor of the State of California proclaimed a State of Emergency on March 4, 2020, with respect to the current COVID-19 pandemic. *See* Office of Governor website [https://www.gov.ca.gov/2020/03/04/governor-newsom-declares-state-of-emergency-to-help-state-prepare-for-broader-spread-of-covid-19/].

4. The Governor of the State of California subsequently issued, among other things, a stay-at-home order on March 19, 2020. *Id.* [https://www.gov.ca.gov/2020/03/19/governor-gavin-newsom-issues-stay-at-home-order/]. The order became effective immediately, and is to remain in effect until further notice. *Id.* Counsels for the Parties are unaware of any date certain for the lifting of this order.

5. At the present time, the following discovery remain outstanding:

   i. Defendant's responses to Plaintiffs': Interrogatories, Set Three; Requests for Admission, Set Two; and Requests for Production of Documents, Set Three; and

   ii. the deposition of the Person Most Knowledgeable of Defendant.

6. Furthermore, counsels for the Parties believe: that said outstanding discovery is necessary for the expert discovery; and that, if it remains in effect long enough, the Governor's stay-at-home order may impact the expert witness disclosure and expert discovery deadlines.

7. As there is no current date certain for the lifting of the stay-at-home order, counsels for the Parties believe it would be difficult to propose new dates certain for the discovery and disclosure deadlines at this time. Plaintiffs therefore respectfully request that the Court vacate the deadlines, and set a Further Case Management Conference for approximately

Henry Chiu, Esq.
7726 North First Street
Box 404
Fresno, California 93720

one month from now to discuss new deadlines.

8. The Parties further respectfully request that the Court permit their counsels to attend said Further Case Management Conference via telephone.

Dated: March 26, 2020　　　　　　　HENRY CHIU, ESQ.

By: /s/ Henry Y. Chiu
　　HENRY Y. CHIU
　　Attorney for Plaintiffs

Dated: March 26, 2020　　　　　　　LANG, RICHERT & PATCH

By: /s/ Stan D. Blyth
　　STAN D. BLYTH
　　Attorney for Defendant
　　Power DESIGN ELECTRIC, INC.

HENRY CHIU, ESQ.
7726 NORTH FIRST STREET
BOX 404
FRESNO, CALIFORNIA 93720

**ORDER**

Pursuant to the stipulation of the Parties (ECF No. 59), and finding good cause exists,

IT IS ORDERED that all non-expert and expert discovery deadlines are vacated and that the case is set for a telephonic case management conference on **May 5, 2020, at 10:00 a.m.**, in Courtroom 10 (EPG) before Magistrate Judge Erica P. Grosjean. To participate telephonically, each party is directed to use the following dial-in number and passcode: 1-888-251-2909; passcode 1024453. The parties are also directed to file a joint status report one full week prior to the conference and email a copy of same, in Word format, to epgorders@caed.uscourts.gov, for the Judge's review.

IT IS SO ORDERED.

Dated: **March 27, 2020**        /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE

Henry Chiu, Esq.
7726 North First Street
Box 404
Fresno, California 93720