**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION**

| | |
|---|---|
| BOARD OF TRUSTEES OF IBEW LOCAL UNION NO. 100 PENSION TRUST FUND; JOINT ELECTRICAL INDUSTRY TRAINING TRUST FUND; NATIONAL ELECTRIC BENEFIT FUNDS; and FAMILY MEDICAL CARE PLAN, | Case No. 1:17-CV-01483-DAD-EPG |
| Plaintiffs, | **ORDER GRANTING EXTENSION OF TIME TO SUBMIT LONG FORM SETTLEMENT AGREEMENT OR REQUEST COURT'S ASSISTANCE IN RESOLVING DISPUTES** |
| v. | **(ECF No. 65)** |
| POWER DESIGN ELECTRIC, INC.; and DOES 1 through 50, | |
| Defendants. | |

Before the Court is the joint request of the parties for additional time in which to either submit a long form settlement agreement or request that the Court resolve any remaining disputed terms (ECF No. 65). The Court finds good cause for and will accordingly grant the request.

IT IS ORDERED  that, within thirty (30) days of the date of this Order, the parties shall either submit a long form settlement agreement or a request for the Court's assistance in resolving any remaining disputed terms.

IT IS SO ORDERED.

Dated:   __June 30, 2020__          ___/s/ Erica P. Grosjean___
                                    UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28