# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| BOARD OF TRUSTEES OF IBEW LOCAL UNION NO. 100 PENSION TRUST FUND; JOINT ELECTRICAL INDUSTRY TRAINING TRUST FUND; NATIONAL ELECTRIC BENEFIT FUNDS; and FAMILY MEDICAL CARE PLAN, <br><br> Plaintiffs, <br><br> v. <br><br> POWER DESIGN ELECTRIC, INC.; and DOES 1 through 50, <br><br> Defendants. | Case No. 1:17-CV-01483-DAD-EPG <br><br> **ORDER GRANTING EXTENSION OF TIME TO SUBMIT LONG FORM SETTLEMENT AGREEMENT OR REQUEST COURT'S ASSISTANCE IN RESOLVING DISPUTES** <br><br> **(ECF No. 67)** |

Before the Court is the joint request of the parties for additional time in which to either submit a long form settlement agreement or request that the Court resolve any remaining disputed terms (ECF No. 67). This is the second extension of time requested by the parties (*see* ECF Nos. 65, 66). The Court finds good cause for and will accordingly grant the request.

IT IS ORDERED  that, within thirty (30) days of the date of this Order, the parties shall either submit a long form settlement agreement or a request for the Court's assistance in resolving any remaining disputed terms.

IT IS SO ORDERED.

Dated:  __**July 30, 2020**__                    /s/ _Erica P. Grosjean_
UNITED STATES MAGISTRATE JUDGE