1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11                                                    Case No. 1:17-cv-01483-EPG

Board of Trustees of IBEW Local Union Nov.
12   100 Pension Trust Fund, et al.
                                                      ORDER (1) SETTING TELEPHONIC
13                     Plaintiff,                     SETTLEMENT CONFERENCE,
                                                      (2) REQUIRING PARTICIPATION BY
14           v.                                       CERTAIN INDIVIDUALS, (3) REQUIRING
                                                      SETTLEMENT CONFERENCE
15   Power Design Electric, Inc,                      STATEMENT MEETING CERTAIN
                                                      PARAMETERS, AND (4) SCHEDULING
16                     Defendant,                     PRE-CONFERENCE DISCUSSION

17

18          Magistrate Judge Jeremy D. Peterson will hold a zoom settlement conference on

19   November 4, 2020, at 9:00 a.m.  The Zoom settlement conference invitation will be distributed

20   the week prior.  The court expects that the parties will proceed with the settlement conference in

21   good faith and attempt to resolve all or part of the case.  If any party believes that the settlement

22   conference will not be productive, that party shall so inform the court as far in advance of the

23   settlement conference as possible.  Unless otherwise specifically authorized by the court in

24   advance of the settlement conference, the following individuals must participate in the settlement

25   conference: (1) all of the attorney(s) who will try the case; (2) the parties; and (3) individuals with

26   full authority to negotiate and settle the case, on any terms.

27          No later than October 9, 2020, each party must submit to Judge Peterson's chambers at

28   jdporders@caed.uscourts.gov a confidential settlement conference statement.  These statements

should neither be filed on the docket nor served on any other party.  The statements should be marked "CONFIDENTIAL" and should state the date and time of the conference.  The parties should refer to Judge Peterson's order associated with the initial settlement conference and include any appropriate update in their new statements.

The parties shall also submit, also by October 9, 2020, a joint statement quoting the specific proposed language for the Settlement Agreement and Affidavit including each party's contentions with respect thereto.

Judge Peterson will hold a short, pre-settlement conference telephone discussion on October 16, 2020 at 3:30 p.m. (dial-in number: 1-888-204-5984; passcode: 4446176).  Only the lead attorney from each side[1] should participate.  At Judge Peterson's discretion, the joint telephonic discussion may be followed by private telephonic discussions between the judge and each party.

IT IS SO ORDERED.

Dated:     September 28, 2020     

UNITED STATES MAGISTRATE JUDGE

---

[1] The court expects that the attorneys participating in the telephone discussion will also participate in the settlement conference.

# Pre-Settlement Worksheet

|  | *Please fill in each value below* |
|---|---|
| *Additional cost to your party expected for . . . discovery* | $ |
| *. . . pretrial* | $ |
| *. . . trial* | $ |
| *Estimated probability of liability finding* | % |
| *Realistic high-end estimate of recovery by P* | $ |
| *Realistic low-end estimate of recovery by P* | $ |
| *Best estimate of recovery by P* | $ |
| *Last offer/demand (if any) previously made by your party* | $ |
| *Last offer/demand (if any) previously made by opposing party* | $ |
| *Proposed next offer/demand by your party* | $ |