# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| BOARD OF TRUSTEES OF IBEW LOCAL UNION NO. 100 PENSION TRUST FUND; JOINT ELECTRICAL INDUSTRY TRAINING TRUST FUND; NATIONAL ELECTRIC BENEFIT FUNDS; and FAMILY MEDICAL CARE PLAN,<br><br>Plaintiffs,<br><br>v.<br><br>POWER DESIGN ELECTRIC, INC.; and DOES 1 through 50,<br><br>Defendants. | Case No. 1:17-cv-01483-EPG<br><br>ORDER RE: STIPULATED REQUEST FOR DISMISSAL OF ENTIRE ACTION WITHOUT PREJUDICE<br><br>(ECF No. 81) |

Plaintiffs Board of Trustees of IBEW Local Union No. 100 Pension Trust Fund, Joint Electrical Industry Training Trust Fund, National Electric Benefit Funds, and Family Medical Care Plan and Defendant Power Design Electric, Inc. have filed a stipulation to dismiss the entire action without prejudice. (ECF No. 81.) In light of the stipulation, the case has ended and is dismissed without prejudice. *See* Fed. R. Civ. P. 41(a)(1)(A); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). Accordingly, the Clerk of the Court is respectfully directed to close this case.

As requested by the parties, the Court will retain jurisdiction over this matter for purposes of enforcing the parties' settlement agreement.

IT IS SO ORDERED.

Dated:   **November 13, 2020**         /s/ Erica P. Grosjean
                                        UNITED STATES MAGISTRATE JUDGE